DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BAYVIEW LOAN SERVICING, LLC,**
Appellant,

v.

**JON J. WALK,** as Personal Representative of the **ESTATE OF JOHN WALK, et al.,**
Appellees.

No. 4D20-2594

[October 7, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 502018CA012121 and 502018CA010760.

Shawn Taylor of DeLuca Law Group, PLLC, Fort Lauderdale, for appellant.

Scott J. Topolski of Cole Schotz, P.C., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY, and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***